UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-21009-DPG

LORI SWINDALL,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.
_____)

## **JOINT NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff, LORI SWINDALL and Defendant, LIFE ASSURANCE COMPANY OF BOSTON, by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notifies the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

Dated: October 9, 2017

| | |
|---|---|
| By: */s/ Victor Pena* | By: */s/ Lee W. Marcus* |
| VICTOR PENA, ESQ. | LEE W. MARCUS, ESQ. |
| Fla. Bar No. 0108094 | Fla. Bar No. 967076 |
| DELL & SCHAEFER | MARCUS & MYERS, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2404 Hollywood Blvd. | 1515 Park Center Drive, Ste 2G |
| Hollywood, FL 33020 | Orlando FL 32835 |
| (954) 620-8300 | (407) 447-2550 |
| (800) 531-8935 | (407) 447-2551 fax |
| Victor@diattorney.com | Lmarcus@marcusmyerslaw.com |