UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-21009-DPG

LORI SWINDALL,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.

_____)

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Lori Swindall, and Defendant, Liberty Life Assurance Company of Boston, by and through their undersigned counsel, hereby stipulate and agree to the entry of a Final Order of Dismissal With Prejudice, with each party to bear her/its own attorneys' fees and costs.

Date: January 2, 2018

| | |
|---|---|
| By: _/s/ Victor Pena_ | By: _/s/ Lee W. Marcus_ |
| VICTOR PENA, ESQ. | LEE W. MARCUS, ESQ. |
| Fla. Bar No. 0108094 | Fla. Bar No. 967076 |
| DELL & SCHAEFER | MARCUS & MYERS, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2404 Hollywood Blvd. | 1515 Park Center Drive, Ste 2G |
| Hollywood, FL 33020 | Orlando FL 32835 |
| (954) 620-8300 | (407) 447-2550 |
| Victor@diattorney.com | Lmarcus@marcusmyerslaw.com |